NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAGNETAR TECHNOLOGIES CORP., A NEVADA CORPORATION, G&T CONVEYOR CO., A FLORIDA CORPORATION**
*Plaintiffs-Appellants*

**v.**

**SIX FLAGS THEME PARKS INC., A DELAWARE CORPORATION, TIERCO MARYLAND INC., A DELAWARE CORPORATION, BUSCH ENTERTAINMENT CORP., A DELAWARE CORPORATION, CEDAR FAIR LP, A DELAWARE LIMITED PARTNERSHIP, PARAMOUNT PARKS INC., A DELAWARE CORPORATION, GREAT AMERICA LLC, AN ILLINOIS COMPANY, KKI, LLC, A DELAWARE COMPANY, MAGIC MOUNTAIN, LLC, A CALIFORNIA COMPANY, PARK MANAGEMENT CORP., A CALIFORNIA CORPORATION, RIVERSIDE PARK ENTERPRISES, INC., A MASSACHUSETTS COMPANY, SIX FLAGS OVER GEORGIA II, L.P., A DELAWARE PARTNERSHIP, SIX FLAGS ST. LOUIS, LLC, A MISSOURI COMPANY, TEXAS FLAGS, LTD., A TEXAS PARTNERSHIP, ASTROWORLD, L.P., A DELAWARE PARTNERSHIP, DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., A NEW YORK CORPORATION, ELITCH GARDENS, L.P., A COLORADO PARTNERSHIP, KNOTT'S BERRY FARM, A CALIFORNIA PARTNERSHIP, KINGS ISLAND COMPANY, A DELAWARE**

**CORPORATION, CEDAR FAIR, AN OHIO PARTNERSHIP**
*Defendants-Appellees*

_____

2014-1776

_____

Appeal from the United States District Court for the District of Delaware in No. 1:07-cv-00127-LPS-MPT, Chief Judge Leonard P. Stark.

_____

**JUDGMENT**

_____

JOSEPH N. HOSTENY, III, Niro, Haller & Niro, Chicago, IL, argued for plaintiffs-appellants.

MATTHEW B. LOWRIE, Foley & Lardner LLP, Boston, MA, argued for defendants-appellees.  Also represented by AARON W. MOORE, LUCAS I. SILVA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 17, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |